UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| JULIUS LEE THOMAS, | ) | |
| Plaintiff, | ) ) | Civil No. |
| | ) | 7:20-CV-085-JMH |
| V. | ) ) | |
| USP BIG SANDY PENITENTIARY, | ) ) | **JUDGMENT** |
| Defendant. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1) Plaintiff's Complaint [DE 1] is **DISMISSED WITHOUT PREJUDICE**;

2) This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 8th day of July, 2020.



Signed By:
Joseph M. Hood
Senior U.S. District Judge

1